UNITED STATES BANKRUPTCY COURT
Western District of Missouri

In re:                          )
                                )
Udo & Wendy Wegmann,            )
                  Debtors,      )
                                )  Case No. 09-42647
                                )
                                )  Chapter 13
                                )
                                )  Certificate of Service


**CERTIFICATE OF SERVICE**

Come Now Debtors, Udo & Wendy Wegmann, by and through their attorney of record, Jason C. Amerine, and certify that on January 10, 2011, Debtors served upon the Chapter 13 Trustee via first-class mail, postage prepaid, or electronic mail a true copy of their Amended Schedule B.


RESPECTFULLY SUBMITTED,

CASTLE LAW OFFICES OF KANSAS CITY, P.C.

By: /s/Jason C. Amerine
    Jason C. Amerine, #50857
    818 Grand Blvd., Ste. 700
    Kansas City, MO 64106
    (816) 842-6200