```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF MISSOURI

In re:                              )
                                    )
Udo P Wegemann,                     )    Case No. 09-42647
Wendy S. Wegemann,                  )
                                    )    Chapter 13
        Debtors                     )
                                    )    DEBTORS' MOTION TO
                                    )    RETAIN SETTLEMENT
                                    )    PROCEEDS
                                    )
                                    )
```

**DEBTORS' MOTION TO APPROVE AND ALLOW USE OF SETTLEMENT**

Comes Now Debtors, Udo and Wendy Wegemann, by and through their attorney of record, and for their Motion to Approve and Use Settlement Proceeds states to the Court as follows:

1. That the Debtors received net settlement proceeds from their workers compensation and personal injury cases in the amount of $16,166.66.
2. Debtors would like to use said funds for the following items …
   a. Approximately $3,000.00 will need to be set aside for the tax liability on the settlement
   b. Medical Expenses totaling $2,900.00
   c. Month prescriptions totaling $1,000.00
   d. New glasses and eye exams for both debtors totaling $700.00
   e. Automobile repairs (new tires, brakes, alignment, and electronic repair) totaling $1,300.00

   f. Taxes owed to the IRS and State of Missouri for 2010 tax year - $1,700.00

   g. Payment to B and H taxes to have the tax returns completed - $500.00

   h. Approximately $5,000.00 for regular living expense to get caught up on post-petition bills as the debtor Udo Wegemann's business has been slow during the months of April and May due to the ongoing medical treatment that was required.

 WHEREFORE, Debtors prays this Court enters an Order granting Debtors' Motion to approve and allow use of the Settlement; and for such further relief as this Court deems necessary and proper under the circumstances.

       RESPECTFULLY SUBMITTED,

       CASTLE LAW OFFICES OF KANSAS CITY, P.C.

    By: /s/ Jason C. Amerine
     Jason C. Amerine, #50857
     818 Grand Blvd., Ste. 700
     Kansas City, MO 64106
     (816) 842-6200

### Certificate of Service

 The undersigned hereby certifies that a true and accurate copy of the foregoing Motion to Retain Settlement Proceeds was served via electronic mail, on the following parties and the attached matrix this 18th day of May 2011.

       /s/ Jason C. Amerine
        Jason C. Amerine, #50857

Mr. Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO  64106

| | | |
|---|---|---|
| Anthony Johnson Leading Services<br>PO Box 15061<br>Lenexa KS 66285 | Asset Acceptance<br>PO Box 2036<br>Warren MI 48090 | Atmos Enegery<br>PO Box 650205<br>Dallas TX 75265 |
| Calvary Portfolio Services<br>P.O. Box 27288<br>Tempe AZ 85282 | Capital One Bank<br>c/o Tsys Debt Management<br>6125 Lakeview Road #800<br>Charlotte NC 28269 | Capital One Bank<br>c/o TSYS Debt Managment<br>6125 Lakeview Road #800<br>Charlotte NC 28269 |
| Chase Home Finance LLC<br>3415 Vision Drive<br>Columbus OH 43219 | Chase Home Loan<br>3415 Vision Dr.<br>Columbus OH 43219 | Children's Mercy<br>PO Box 804435<br>Kansas City MO 64180 |
| Coach Lamp Corner<br>7218 Raytown Road<br>Kansas City MO 64133 | Comcast Communications<br>1701 JFK Blvd<br>Philadelphia PA 19103 | Credit One Bank<br>PO Box 98873<br>Las Vegas NV 89193 |
| Dale Ervin<br>1305 SW Morningside Drive<br>Blue Springs MO 64015 | Devinki Real Estate<br>c/o Elite Financial Services<br>9417 E 63rd Street<br>Kansas City MO 64133 | Edgerton Highlands Apts<br>479 E Skillman<br>Saint Paul MN 55117 |
| Federal National Mortgage<br>c/o Dyck O Neal Inc<br>PO Box 13370<br>Arlington TX 76094 | Green Tree Servicing, LLC<br>345 Saint Peter Street /<br>500 Landmark Towers<br>Saint Paul MN 55102 | IRS<br>PO Box 21125<br>Philadelphia PA 19114 |
| Jackson County<br>415 E. 12th St. Rm 100<br>Kansas City MO 64106 | JNR Adjustments<br>PO Box 2905 NW Blvd<br>Minneapolis MN 55441 | Kansas City Psychiatric Group<br>4731 Cochise #206<br>Independence MO 64055 |
| Kansas Dept Of Revenue<br>PO Box 12005<br>Topeka KS 66612 | Kansas University Physicians, Inc<br>P O Box 410389<br>Kansas City MO 64141-1851 | Kay Jewelers<br>c/o Weltman Weinberg & Reis CO<br>PO Box 6597<br>Cleveland OH 44101 |
| KU Medical<br>PO Box 2941<br>Mission KS 66201 | Lane Bryant<br>P.O. Box 659728<br>San Antonio TX 78265-9728 | Lane Bryant<br>PO Box 856132<br>San Antonio TX 78265 |
| MCC Group Inc<br>c/o Lynn<br>10125 Crosstown Circle<br>Eden Prairie MN 55344 | Mcleod USA<br>PO Box 3177<br>Cedar Rapids IA 52406 | Mid America Cardiology<br>PO Box 804446<br>Kansas City MO 64180 |

Missouri Dept of Revenue
PO Box 475
Jefferson City MO 65105

MPLS Radiology Asset
2800 Campus Drive #10
Minneapolis MN 55441

Orchard Bank
PO Box 4155
Carol Stream IL 60197

PRA Receivables Management LLC
PO Box 12914
Norfolk VA 23541

Premier Bank
PO Box 2208
Vacaville CA 95696

Qwest Corporation
800 Main Street
Grand Junction CO 81501

Regency Financial
PO Box 5310
Kansas City MO 64131

Research Psychiatric Center
PO Box 740760
Bedford TX 76095

Santander Consumer
PO Box 560284
Dallas TX 75247-2088

Serc South Raytown
10801 E 350 Hwy #B
Kansas City MO 64138

Spirit of America National
c/o Catherines
PO Box 856044
Louisville KY 40285

Sprint
PO Box 219
Kansas City MO 64121

St Joesph Medical Center
PO Box 804465
Kansas City MO 64180

ST Joesph Anesthesia Services
PO Box 412004
Kansas City MO 64141

ST Lukes East Anesthesia
PO Box 412431
Kansas City MO 64141

Steven Behrends, MD
1010 Carondelet Dr. Ste. 321
Kansas City MO 64114-4823

Traid Financial Corp
5201 Rufe Snow Drive
North Richland Hills TX 76180

Truman Medical Center
7900 Lees Summit Rd.
Kansas City MO 64139

US Dept of Education
PO Box 530260
Atlanta GA 30353